```
FILED
February 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KHADZHIMURAD BABATOV, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-00514-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Khadzhimurad Babatov; Case 2:11-cr-00514-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $75,000, co-signed by defendant's brother, girlfriend, family friend, and personal friend.

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on February 9, 2012 at 2:45 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge