BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00514 TLN and 2:12-CR-00118-TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RESETTING RESTITUTION HEARING AND WAIVING 90 DAY REQUIREMENT; FINDINGS AND ORDER |
| KHADZHIMURAD BABTOV, | |
| Defendants. | DATE: December 18, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. On October 30, 2014 at the conclusion of Judgment and Sentencing, this matter was set for a restitution hearing on December 18, 2014.

2. By this stipulation, the parties now move to continue the restitution hearing until January 29, 2015, at 9:30 a.m., and to waive the time 90 day time period required for the imposition of a restitution order pursuant to 18 U.S.C. § 3664(d)(5).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The initial restitution hearing was set well within the 90 day limit set out in 18 U.S.C. § 3664(d)(5).

    b) Counsel for the United States has been attempting to finalize the amount of restitution potentially owned and coordinate with Bank of America to confirm the actual loss suffered as a result of the defendant's conduct. The United States needs additional time to

conclude its work on this subject.

      c)    The defendant does not object to this continuance request and hereby waives the 90 day time period for entry of a restitution order contemplated by 18 U.S.C. § 3664(d)(5) for the purpose of setting the restitution hearing on January 29, 2015.  Defense counsel is unavailable to attend or participate in a restitution hearing until January 29, 2015, which is the ninety-first day following the entry of Judgment and Sentence. The defendant's waiver of the 90 day time period is effective for this continuance only.

IT IS SO STIPULATED.

Dated:  December 16, 2014　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ HEIKO P. COPPOLA
　　　　　　　　　　　　　　　　　　　　　　HEIKO P. COPPOLA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  December 16, 2014　　　　　　　　　　/s/ John Duree
　　　　　　　　　　　　　　　　　　　　　　JOHN DUREE
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　KHADZHIMURAD BABOV


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER    2