BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>KHADZHIMURAD BABTOV,<br><br>                          Defendant. | CASE NO. 2:11-CR-00514 TLN AND 2:12-CR-00118-TLN<br><br>STIPULATION RESETTING RESTITUTION HEARING AND WAIVING 90 DAY REQUIREMENT; FINDINGS AND ORDER<br><br>DATE: April 16, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1.      On January 29, 2015 the parties appeared before the court and by mutual agreement reset the restitution hearing in this matter to April 16, 2015.   The defendant did not object to the continuance of the restitution hearing.

2.      By this stipulation, the parties now move to continue the restitution hearing until June 11, 2015 and the defendant continues to waive the time 90 day time period required for the imposition of a restitution order pursuant to 18 U.S.C. § 3664(d)(5).

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The initial restitution hearing was set well within the 90 day limit set out in 18 U.S.C. §  3664(d)(5).

    b)      Counsel for the United States has been attempting to finalize the amount of restitution potentially owned, coordinate with Bank of America to confirm the actual loss suffered as a result of the defendant's conduct and respond to defendant's request for further substantiating

documentation. The United States needs additional time to conclude its work on this subject.

        c)      The defendant does not object to this continuance request and hereby continues to waive the 90 day time period for entry of a restitution order contemplated by 18 U.S.C. § 3664(d)(5). Defense counsel is unavailable to attend or participate in a restitution hearing until June 11, 2015.

IT IS SO STIPULATED.

Dated: April 14, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: April 14, 2015

/s/ John Duree
JOHN DUREE
Counsel for Defendant
KHADZHIMURAD BABOV

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of April, 2015.

Troy L. Nunley
United States District Judge